# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| Shyan Barnett, Penny Sambrano, and Tiffany Slawson, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action Nos. 2:18-204-RMG 2:18-216-RMG, 2:18-217-RMG |
| vs. | ) ) | |
| Palmetto Heights Management, LLC, and Archdale Development, LLC, | ) ) ) | **ORDER** |
| Defendants. | ) ) ) ) | |

      The Court's examination of the official records of the South Carolina Secretary of State, conducted today, revealed that Defendants Palmetto Heights Management, LLC, and Archdale Development, LLC, filed articles of termination and dissolved as of June 10, 2022. The Defendants' actions, on the eve of a federal trial relating to pending claims of violations of federal employment statutes by these Defendants, raise serious questions which require an immediate response from Defendants and their sole member/owner Kamlesh Shah ("Mr. Shah").

      The Court hereby orders as follows:

      1.    Defendants and their sole member/owner shall file with the Court on or before noon on June 21, 2022 copies of *all* documents relating to the dissolution of these entities and the transfer of the assets of these entities to any other corporate entity or individual. Mr. Shah shall certify under oath the documents are complete and accurate.

      2.    The Court will conduct a hearing on this matter on June 22, 2022 at 1:00 p.m. at the J. Waties Waring Federal Judicial Center to determine the details of the dissolution of these

entities and the present ownership of the assets of these entities. Mr. Shah is directed to attend this hearing and be prepared to be placed under oath. The Court will consider at this hearing whether any sanctions against these entities and/or Mr. Shah are appropriate

3.    The Court welcomes briefing from counsel concerning whether the dissolution of these entities eliminates the limited liability protections afforded Mr. Shah by these two limited liability companies and whether he should now be substituted as the party Defendant in each of these pending actions when trial commences on June 27, 2022.

**AND IT IS SO ORDERED.**

      s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

June 17, 2022
Charleston, South Carolina